FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 1 8 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:11-CR-325-LDG-(CWH) |
| SEAN PATRICK RYAN, | ) | |
| Defendant. | ) | |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on April 18, 2012, defendant SEAN PATRICK RYAN pled guilty to a One-Count Criminal Indictment charging him with Unlawful Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1). Indictment, ECF No. 1.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between the property set forth in the Forfeiture Allegation of the Indictment and the offense to which defendant SEAN PATRICK RYAN pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

a)    Ruger, Model P345, .45 caliber pistol, serial # 664-58562; and

b)    any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

. . .

1   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

2   United States of America should seize the aforementioned property.

3   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

4   SEAN PATRICK RYAN in the aforementioned property is forfeited and is vested in the United

5   States of America and shall be safely held by the United States of America until further order of the

6   Court.

7   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

8   shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

9   website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

10   the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

11   the name and contact information for the government attorney to be served with the petition,

12   pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

13   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

14   filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

15   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

16   shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

17   following address at the time of filing:

18   Michael A. Humphreys
    Assistant United States Attorney
19   Daniel D. Hollingsworth
    Assistant United States Attorney
20   Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
21   Las Vegas, Nevada 89101.

22   . . .

23   . . .

24   . . .

25   . . .

26   . . .

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this _18_ day of _April_, 2012.

_____
UNITED STATES DISTRICT JUDGE