OSVALDO E. FUMO, ESQ.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
(702) 474-7554 Fax (702) 474-4210
Attorney for Defendant -SEAN PATRICK RYAN

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-325-LDG-CWH |
| )  ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SEAN PATRICK RYAN, ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

**STIPULATION AND ORDER TO CONTINUE ~~PROABTION~~ REVOCATION HEARING**

IT IS HEREBY STIPULATED AND AGREED by and between OSVALDO E. FUMO, ESQ. Counsel for Defendant SEAN PATRICK RYAN and DANIEL J. COWHIG, Assistant United States Attorney, that the ~~Probation~~ Revocation Hearing currently scheduled for May 30, 2018, at 4:00 p.m., be vacated and reset or a date and time convenient to the court, but no earlier than 30 days.

This Stipulation is entered into for the following reasons:

1. Counsel for defendant has spoken to defendant and he has no objection to the request of continuance.

2. Defendant is out of custody.

3. Counsel has spoken to AUSA COWHIG and he does not oppose to the continuance.

4. Counsel for Defendant needs additional time to request medical records.

5. Counsel is waiting on the return of Defendant's Probation Officer who is currently in training out of the jurisdiction, and not expected to return until early June.

6. Denial of this request for continuance could result in a miscarriage justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the ~~Probation~~ Revocation Hearing until a date and time convenient to the court.

This is the first request for continuance filed herein.

DATED: May 23, 2018

| PITARO & FUMO, CHTD | DAYLE ELIESON<br>UNITED STATES ATTORNEY |
|---|---|
| /S/<br>OSVALDO E. FUMO, ESQ.<br>601 LAS VEGAS BOULEVARD, S<br>LAS VEGAS, NEVADA 89101<br>ATTORNEY FOR THE DEFENDANT<br>SEAN PATRICK RYAN | /S/<br>DANIEL J. COWHIG<br>ASSISTANT UNITED STATES ATTORNEY<br>501 LAS VEGAS BOULEVARD SOUTH. #1100<br>LAS VEGAS, NEVADA 89101<br>ATTORNEY FOR UNITED STATES OF AMERICA |

OSVALDO E. FUMO, ESQ.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
(702) 474-7554 Fax (702) 474-4210
Attorney for Defendant -SEAN PATRICK RYAN

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-325-LDG-CWH |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| SEAN PATRICK RYAN, | ) | |
| Defendant | ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for defendant has spoken to defendant and he has no objection to the request of continuance.

2. Defendant is out of custody.

3. Counsel has spoken to AUSA COWHIG and he does not oppose to the continuance.

4. Counsel for Defendant needs additional time to request medical records.

5. Counsel is waiting on the return of Defendant's Probation Officer who is currently in training out of the jurisdiction, and not expected to return until early June.

6. Denial of this request for continuance could result in a miscarriage justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the ~~Probation~~ Revocation Hearing until a date and time convenient to the court.

This is the first request for continuance filed herein.

## CONCLUSIONS OF LAW

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for ~~Probation~~ Revocation Hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the ~~Probation~~ Revocation Hearing currently scheduled for May 30, 2018, at 4:00 p.m., be continued to the 5th day July, 2018 at the hour of 3:00 PM in LV Courtroom 7C.

DATED this 28th day of May, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE